# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                       : NO. 738

                              :

ORDER AMENDING RULE 1920.76    : CIVIL PROCEDURAL RULES DOCKET
OF THE PENNSYLVANIA RULES OF    :
CIVIL PROCEDURE                  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of February, 2023, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1920.76 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective May 2, 2023.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.